Filed: June 18, 2003

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 02-2224
(CA-01-2488-JFM)

Ernestine Brock,

                                    Plaintiff - Appellant,

        versus

Jo Anne B. Barnhart, Commissioner of Social
Security,

                                    Defendant - Appellee.


O R D E R


        The court amends its opinion filed May 21, 2003, as follows:

        On the cover sheet, section 7, line 4 -- the following
attorney is added to the counsel listing:  "Marcia E. Anderson,
Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION,
Baltimore, Maryland."

                                    For the Court - By Direction


                                    /s/ Patricia S. Connor
                                    Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2224**

———————

ERNESTINE BROCK,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William Connelly, Magistrate Judge. (CA-
01-2488-JFM)

———————

Submitted: April 29, 2003                    Decided: May 21, 2003

———————

Before WIDENER, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Judith L. Mathis, MATHIS & MATHIS, Arlington, Virginia, for
Appellant. Thomas M. DiBiagio, United States Attorney, Kristine L.
Sendek-Smith, Assistant United States Attorney, Baltimore,
Maryland; Marcia E. Anderson, Office of the General Counsel, SOCIAL
SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ernestine Brock seeks review of the magistrate judge's order[*] affirming the Commissioner's denial of social security benefits pursuant to 20 C.F.R. § 404.1520(f) (2002). Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error. In particular, we find that substantial evidence supports a finding that Brock retains the residual functional capacity to perform medium work and, therefore, is able to return to her past relevant work as a certified nursing assistant. Accordingly, we affirm the magistrate judge's order. Brock v. Barnhart, No. CA-01-2488-JFM (D. Md. Aug. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to review by a magistrate judge pursuant to 28 U.S.C. § 636(c)(2) (2000).

3